UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| TINA KARPINSKI | : | |
| | : | NO. 3:15-CR-556-01  (FLW) |
| Defendant | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 28th   day of October, 2015,

ORDERED that  Kevin Carlucci, AFPD from the Office of the Federal Public Defender for the District of New Jersey is  hereby appointed to represent said defendant in this cause until further order of the Court.

_____
FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

cc:  Federal Public Defender